James B. Lewis, #297326
jim@jameslewislawoffice.com
10940 Wilshire Boulevard, Suite 600
Los Angeles, California 90024-3940
(310) 903-8926 phone
(213) 403-5409 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAY NEE,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | No. CV 20-04741 - MAA<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d):

IT IS ORDERED that attorney fees and expenses of $9,421.30 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

DATE: July 16, 2021    /s/ Maria A. Audero
                                              HONORABLE MARIA AUDERO
                                              UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
*/s/ James B. Lewis*
JAMES B. LEWIS
Attorney for Plaintiff